**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROSE NORDSTROM,**

 **Plaintiff,**

vs            **CASE NO. 8:17-cv-00904-VMC-AAS**

**CREDIT ONE BANK, N.A.**

 **Defendant.**
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  **COMES NOW** the Plaintiff, ROSE NORDSTROM, and the Defendant, CAPITAL ONE BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

**Date: April  4, 2018**

 Signature of Counsel (with information required by Local Rule l.05(d)) and Signature of Unrepresented Parties.

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Ashley N. Rector, Esq.* |
| Amanda J. Allen, Esquire | Ashley N. Rector, Esquire |
| Florida Bar No. 98228 | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Amanda@TheConsumerProtectionFirm.com | arector@sessions.legal |
| William Peerce Howard, Esq. | 3350 Buschwood Park Drive, Suite 195 |
| Florida Bar No. 0103330 | Tampa, FL 33618 |
| Billy@TheConsumerProtectionFirm.com | Tele: (813) 890-2465 |
| The Consumer Protection Firm, PLLC | Fax: (866) 466-3140 |
| 4030 Henderson Blvd. | *Attorney for Defendant* |
| Tampa, FL 33629 | |
| Tele: (813) 500-1500 | |
| Fax: (813) 435-2369 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on April 4 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                              *s/Amanda J. Allen, Esq.*
                                              **Amanda J. Allen, Esquire**
                                              Florida Bar No. 98228
                                              Amanda@TheConsumerProtectionFirm.com
                                              Shenia@TheConsumerProtectionFirm.com
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Tele:  (813) 500-1500
                                              Fax:  (813) 435-2369
                                              ***Attorney for Plaintiff***